IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12-cr-232-MHT |
| MARDEDEUS MACK | ) | (WO) |

<u>ORDER</u>

Based on the representations made on the record on June 18, 2013, it is ORDERED as follows:

(1) A competency hearing is set for September 5, 2013, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) By August 16, 2013, defendant Mardedeus Mack is to file his competency report.  Defendant Mack's attorney has orally informed the court that he needs until mid-August to have the report prepared.

(3) By August 23, 2013, the government and defendant Mack are to file briefs on the issue of competency.

(4) By August 20, 2013, the government and defendant Mack are to notify the court whether they have witnesses who will testify by video-conferencing. They should also forthwith make arrangements with Deputy Clerk Trey Granger and Courtroom Deputy Anthony Green for video-conferencing.

DONE, this the 18th day of June, 2013.

                                      /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**