```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
      MIDDLE DISTRICT OF ALABAMA,NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITE STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr232-MHT |
| | ) | (WO) |
| MARDEDEUS MACK | ) | |

### ORDER

While the parties have submitted a proposed order, it is not sufficiently detailed or otherwise adequate. However, the court understands that it will take several weeks for the parties to obtain the information necessary for a more detailed and otherwise adequate order, but the court desires that defendant Mardedeus Mack be released as soon as possible. Accordingly, the court will issue the following order providing for the immediate release of defendant Mack, but with the understanding that a more detailed opinion and order, setting forth additional and more detailed conditions of release, will follow.

Accordingly, it is ORDERED that the government is to release defendant Mardedeus Mack from confinement today, November 25, 2014, at or after 2:00 pm, to the custody of the Federal Defender on the following general conditions, with more specific and detailed and even additional conditions to follow:

(1) Defendant Mack is subject to the "standard conditions of release" on file with the court.

(2) Defendant Mack is to reside at the home of Edna Mack, defendant Mack's grandmother, at 1309 Bragg Street, Montgomery, Alabama.

(3) Defendant Mack is to be placed on an electronic monitoring device under the supervision of the United States Probation Office for the Middle District of Alabama.

(4) Defendant Mack is to take his prescribed mental health medication in accordance with directions provided by a treating psychiatrist.

(5) Defendant Mack is to have one psychiatric/psychological counseling session every two weeks. The United States Probation Office for the Middle District of Alabama is responsible for setting up and monitoring defendant Mack's attendance.

(6) Defendant Mack is, with the assistance of the United States Probation Office for the Middle District of Alabama, to enroll in and attend vocational-training and anger-and-stress management classes, medication-compliance classes, communication-skills classes, and any available emotional-wellness and relapse-prevention courses.

(7) Defendant Mack, with the assistance of the United States Probation Office for the Middle District of Alabama, is to enroll in substance-abuse treatment. Defendant Mack is to refrain from consuming all alcoholic beverages. With the use

   of an alcohol-detection device, the United States Probation Office for the Middle District of Alabama will be responsible for monitoring defendant Mack.

(8) After the expiration of a six-month period, the parties may petition the court to convene a hearing to determine whether defendant Mack's prescribed regimen of care and treatment should be modified.

  It is further ORDERED that, by December 5, 2014, the government, probation, and defense counsel are to submit to the court a more detailed set of proposed conditions for the release for defendant Mack, setting forth, among other things, exactly what medications he is to take; where and when he is to receive psychiatric/psychological counseling; exactly what his drug-abuse treatment will consist of; and what and where are the various classes and courses, mentioned above, he is to attend.  In short, the court wants a

4

more detailed picture of what the proposed plan is for defendant Mack during his release. Generalities will not do.

DONE, this the 25th day of November, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**