IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITE STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr232-MHT |
| | ) | (WO) |
| MARDEDEUS MACK | ) | |

OPINION AND ORDER

In November 2014, the parties submitted a proposed order laying out the general conditions of defendant Mardedeus Mack's release to which they had agreed. However, the proposed order was not sufficiently detailed or otherwise adequate. Because of this, on November 25, 2014, this court entered an order that, while allowing for Mack's immediate release, required the government, probation, and defense counsel to submit a more detailed proposed order by December 5, 2014 (doc. no. 80). On the same day, because counsel for the parties later agreed that Mack should not be released (for he was subject to a state detainer), this court vacated that order (doc. no. 82). Nevertheless,

the court still wishes to retain the December 5 deadline for submitting a detailed proposed order.

***

It is therefore ORDERED that, by December 5, 2014, the government, probation, and defense counsel are to submit to the court a more detailed set of proposed conditions for the release of defendant Mardedeus Mack, setting forth, among other things, exactly what medication he is to take; where and when he is to receive psychiatric/psychological counseling; exactly what his drug-abuse treatment will consist of; and what and where are the various classes and courses, mentioned above, he is to attend.  In short, the court wants a more detailed picture of what the proposed plan is for defendant Mack during his release.  Generalities will not do.

DONE, this the 2nd day of December, 2014.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE