IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:12cr232-MHT
                            )            (WO)
MARDEDEUS MACK              )
```

OPINION AND ORDER

Earlier today, December 8, 2014, the court entered an opinion and order specifying the conditions of release of defendant Mardedeus Mack.  Regarding that order and the conditions set out in it, the court wishes to make two important points.  First, the court will revisit, within six months, the question whether Mack's release should continue to be conditional and, if so, whether it should be subject to the current conditions.  Second, the court notes that Mack's conditions are 'indefinite' and thus could last one year, five years, or theoretically as long as he lives. The court therefore has an independent and important obligation to make sure that the conditions are in

place only so long as they are reasonably needed--and no longer.  In this latter regard, when the court revisits the conditions within six months, the court will focus on two matters, among others: first, whether Mack has complied with all conditions and, second, whether the court still needs to impose and monitor the primary conditions (that he not use drugs or alcohol and that he complies with his treatment including taking his medication) to assure his compliance with them in the future.  Therefore, Mack has not only an obligation to comply with all conditions, he also has an obligation to learn, if he can, the self-control needed to comply with the primary ones that he not use drugs or alcohol and that he comply with his treatment regimen even when these primary ones are not being imposed and monitored by the court. <u>Correspondingly, Mack's probation officer has the affirmative duty, not only to monitor Mack's compliance with all current conditions, but also to help Mack to acquire, if he can, the self-control needed to comply with, in the</u>

**absence of court imposition and monitoring, the primary conditions that he not use drugs or alcohol and that he comply with his treatment regimen**.

\*\*\*

Accordingly, pursuant to the opinion and order entered today (doc. no. 86), it is ORDERED as follows:

(1) Defendant Mardedeus Mack's violation of any of the conditions set forth in the opinion and order (doc. no. 86) will subject him to revocation of his release and his return to custody.

(2) Defendant Mack, the United States Attorney's Office, and the United States Probation Office may, at any time, seek modification of the conditions of release.

(3) A hearing is set for May 15, 2015, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, on the following two issues:

 (A) whether Mack has complied with the conditions of release; and

 (B) whether Mack's release should continue to be conditional; and, if so, whether it should be subject to the conditions set out in today's opinion and order (doc. no. 86).

DONE, this the 8th day of December, 2014.

       /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**