```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:12cr232-MHT
                            )            (WO)
MARDEDEUS MACK              )
```

                              ORDER

   Based on the record in this case, including the representations made in open court on May 15, 2015, it is ORDERED as follows:

   (1) The government's motion to dismiss (doc. no. 95) is denied.

   (2) Defendant Mardedeus Mack shall continue under the conditions of supervised release previously set and modified by the court.

   (3) Defendant Mack's conditions of supervised release are modified to no longer require that he participate in the Location Monitoring Program.

   (4) A status hearing is set for November 24, 2015, 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson

Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(5) On or before November 19, 2015, Probation, the Assistant U.S. Attorney, and defense counsel are to file statements that address the following:

    (A) How defendant Mack has performed on supervised release.

    (B) Whether his supervised release should be continued.

    (C) If the answer to Question B is yes, whether the conditions of his supervised release should be modified.

    (D) If the answer to Question B is yes, when the next status hearing should be held, that is, how many months or years later.

DONE, this the 15th day of May, 2015.

                              /s/ Myron H. Thompson\_\_\_\_
                            **UNITED STATES DISTRICT JUDGE**