IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>MARDEDEUS MACK   ) | CRIMINAL ACTION NO.<br>2:12cr232-MHT<br>(WO) |

ORDER

Based on the representations made in the status reports filed on April 11, 2017 (doc. no. 143) and April 13, 2017 (doc. no. 144), and the representations made on the record on April 14, 2017, it is ORDERED as follows:

(1) Defendant Mardedeus Mack shall remain subject to his current conditions of release (doc. nos. 86, 121, 137, and 142), except as modified by this order.

(2) Based on the expressed goal of defendant Mack and the difficulties associated with securing services in Chilton County, Alabama while defendant Mack resides in Montgomery County, Alabama, the goal of defendant Mack's continued conditional release shall be for Mack to live by himself in Montgomery County, Alabama. To that end, probation, the Federal Defender, and the

government shall help him achieve that goal through assistance in obtaining an affordable residence and securing support services in Montgomery County necessary to ensure that Mack can successfully live on his own.

(3) Defendant Mack shall continue to attend mental-health counseling sessions at least twice per month.

(4) Defendant Mack shall participate in a substance-abuse treatment program.

(5) Defendant Mack shall continue his current medication regimen, including his regimen of injections, until instructed otherwise by a qualified medical or mental-health professional.

(6) Another status conference is set for October 12, 2017, at 9:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(7) On or before October 9, 2017, probation, the Assistant United States Attorney, and defense counsel are to file statements that address how defendant Mack has

performed since the last status conference (and, in particular, how he is doing in reaching his goal of living by himself) and whether his conditional release should be continued.

DONE, this the 17th day of April, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE